1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## DISTRICT OF PUERTO RICO

8
9

10

UNITED STATES OF AMERICA                    )
                                            )
11                                          )           **Case No.: 97-228 (PG)**
                                            )
12                                          )
                                            )
13                                          )
          Plaintiff,                        )
14                                          )
VS.                                         )
15                                          )           **NOTICE OF APPEAL**
                                            )
16                                          )
                                            )
17                                          )
JOSE RAMON HERNADEZ                          )
18                                          )
                                            )
19                                          )
          Defendant,                        )
20                                          )
                                            )
21                                          )
                                            )
22                                          )
                                            )
23 _____/

24

**TO THE HONORABLE COURT:**

25

26

**COMES NOW**, Jose Ramon Hernandez, Defendant, by and through the undersigned counsel

27

and pursuant to Federal Rule of Appellate Procedure Rule 4, files this notice of appeal from the

28

final judgment of this Court [docket 232].

1

1

2                                                                     Respectfully submitted,

3

4                                                            *S/. Lorenzo J. Palomares Starbuck*

5                                                              Lorenzo J. Palomares Starbuck, Esq.
                                                                             USDC #218017
6                                                                      Counsel for Defendant
                                                                       500 Muñoz Rivera Ave.
7                                                                                 Centro 2
                                                                               Suite 1402
8                                                                       Hato Rey, PR 00918
                                                                        TEL (787)753-7441
9                                                                       Fax (787) 565-0650

10

11                                    **CERTIFICATE OF SERVICE**

12

13   I certify that on this day December 22, 2004 I personally file the instant pleading using the

14   CM/ECF electronic court filing system which will send an electronic copy to Mr. Timothy

15   Henwood, Esq. AUSA counsel for plaintiff.

16

17                                                            *S/. Lorenzo J. Palomares Starbuck*

18

19

20

21

22

23

24

25

26

27

28

                                                                                              2