# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>VS.<br><br>JOSE RAMON HERNANDEZ<br>Defendant, | **Case No.: 97-228 (PG)**<br><br>**MOTION TO PROCEED *IN FORMA PAUPERIS* AND APPOINTMENT OF COUNSEL ON APPEAL** |

**TO THE HONORABLE COURT:**

**COMES NOW**, JOSE RAMON HERNANDEZ, Defendant, by and through the undersigned counsel and pursuant to Federal Rule of Appellate Procedure Rule 4 , and the Criminal Justice Act 18 U.S.C §3006A files this motion for the appointment of counsel upon appeal. In support the Appellant states as follows:

1. The Court has issued a final judgment on the matter of the new trial.

2. As a matter of right the defendant has a right under Fed.R.App.P. Rule 4 to have the appeal review by a Higher Court.

3. The Appellant is incarcerated and indigent, within the meaning of 18 U.S.C § 3006A.

4. As trial counsel the undersigned counsel is prepare to represent the appellant on appeal if appointed under the Criminal Justice Act.

**WHEREFORE** the undersigned defendant respectfully prays to this Honorable Court to permit the defendant to proceed in forma Pauperis and for the appointment of counsel on appeal.

Respectfully submitted,

*S/ Lorenzo J. Palomares, Esq.*
Lorenzo J. Palomares Starbuck, Esq.
USDC #218107
Counsel for Defendant
500 Muñoz Rivera Ave.
Centro 2, Suite 1402
Hato Rey, PR 00918
TEL (787)753-7441
Fax (787) 565-0650

### CERTIFICATE OF SERVICE

I certify that on this day December 22, 2004 I personally file the instant pleading using the CM/ECF electronic court filing system which will send an electronic copy to Mr. Timothy Henwood, Esq. AUSA counsel for plaintiff.

*S./Lorenzo J. Palomares*