UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

DATE:     January 20, 2005

DC #:      97-228 (PG)

APPEAL FEE PAID:         YES ____      NO __X__

CASE CAPTION:            USA    v.    Hernández
                         Defendant: José Ramón Hernández (1)

IN FORMA PAUPERIS:       YES __X__     NO ____

MOTIONS PENDING:         YES __X__     NO ____        Motion ifp.

NOTICE OF APPEAL FILED BY:       Defendant

APPEAL FROM:             Opinion & Order entered on 12/22/04

SPECIAL COMMENTS:        Original documents in file folders

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

| DOCUMENTS: | VOLUMES: |
|---|---|
| **Docket Entries 1-90** | I |
| **Docket Entries 91-175** | II |
| **Docket Entries 176-234** | III |
| **Docket Entries 72,157-166,202,224 (Transcripts)** (#202/transcript included in volume) | IV |

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk