AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE    DISTRICT OF    PUERTO RICO

UNITED STATES OF AMERICA,    **APPEARANCE**

v.    CASE NUMBER: 97-228 (PG)

JOSE RAMON HERNANDEZ

To the Clerk of this court and all parties of record:

Enter my appearance as COUNSEL in this case for the United States of America. Additionally it is respectfully requested that electronic notification to Assistant U.S. Attorney Sonia I. Torres-Pabón be terminated.

| | |
|---|---|
| May 23, 2005 | /s/ Timothy R. Henwood |
| *Date* | *Signature* |
| | |
| | TIMOTHY R. HENWOOD, AUSA |
| | *Print Name* |
| | |
| | Room 1201, Torre Chardon, |
| | 350 Carlos Chardon Street |
| | Hato Rey, Puerto Rico 00918 |
| | *Address* |
| | |
| | (787) 766-5656 |
| | Phone Number |
| | timothy.henwood@usdoj.gov |
| | E-mail Address |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date May 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

    /s/ Timothy R. Henwood
TIMOTHY R. HENWOOD, AUSA
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
Hato Rey, Puerto Rico 00918
(787) 766-5656
E-mail Address: timothy.henwood@usdoj.gov