UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Transmittal of Supplemental Record to the Court of Appeals

DATE: May 25, 2005

DC #: 97-228 (PG)

CCA #: 05-1121

CASE CAPTION: USA    v.    Hernández
Defendant: José Ramón Hernández (1)

SPECIAL COMMENTS: Copies of original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entry 237 | I |

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk