# United States Court of Appeals
## For the First Circuit

No. 05-1121

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ RAMÓN HERNÁNDEZ-RODRÍGUEZ,

Defendant, Appellant.

**JUDGMENT**

Entered: April 6, 2006

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: Apr 6, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The matter is remanded to the district court for further proceedings consistent with the opinion issued this day. The matter is to be assigned to a new district court judge.

By the Court:

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Juan M. Perez-Gimenez and Ms. Frances de Moran, Clerk, United States District Court for Puerto Rico. Copies to Mr. Palomares, Ms. Torres-Pabon, Mr. Perez-Sosa, & Mr. Henwood.]