

If you view the full docket, you will be charged for 8 Pages   $ 0.64

## US Court of Appeals for the First Circuit
## Case Summary

Court of Appeals Docket #: 05-1121                    Filed: 1/25/05
Nsuit:    0  (Criminal or NOT SET)
US v. Hernandez
Appeal from: U.S. District Court of PR

Lower court information:
    District: 0104-3 : 97-00228          lead: 97-00228
    Ordering Judge: Juan M. Perez-Gimenez, Judge

| | |
|---|---|
| 10/13/05 | APPEARANCE filed by Timothy R. Henwood for Appellee US, |
| | Appellee US. [1047045-1] [05-1121] (laur) |
| 11/8/05 | CASE ARGUED 11/8/05. Torruella, Lipez, Howard, JJ. Lorenzo |
| | J. Palomares for Appellant Jose Ramon Hernandez . Timothy |
| | R. Henwood for Appellee US. . (kris) |
| 1/20/06 | PRESENTENCE REPORT [UNDER SEAL] received and filed. [1081914-1] [05-1121] (dona) |
| 4/6/06 | OPINION filed. Judge Juan R. Torruella, Judge Kermit V. |
| | Lipez and Judge Jeffrey R. Howard. Signed Judge Juan R. |
| | Torruella, Authoring Judge. Judge Jeffrey R. Howard, Dissenting Judge PUBLISHED [1109475-1] [05-1121] (laur) |
| 4/6/06 | JUDGMENT entered by Judge Juan R. Torruella, Judge Kermit |
| | V. Lipez and Judge Jeffrey R. Howard: This cause came on to |
| | be heard on appeal from the United States District Court |
| | for the District of Puerto Rico and was argued by counsel. |
| | Upon consideration whereof, it is now here ordered, and |
| | decreed as follows: The matter is remanded to the district |

|  | court for further proceedings consistent with the |
|---|---|
| opinion | |
| new | issued this day. The matter is to be assigned to a |
| | district court judge. [1109477-1] [05-1121] (laur) |
| 4/11/06 Court | ERRATA SHEET to opinion filed. The opinion of this |
| On | issued on April 6, 2006, is amended as follows: |
| July | page 2, line 11: delete "In June 2002" and insert "On |
| 16," to | 29, 2002"          On page 5, line 7: change "July |
| | "July 29," [1109475-1] [1111039-1] [05-1121] (turn) |
| 4/14/06 petition | MOTION filed by Appellee US to extend time to file |
| | for panel rehearing 5/20/06, to extend time to file petition for rehearing en banc 5/20/06 Certificate of service dated 4/12/06. [05-1121] (laur) |
| 4/19/06 Government's | ORDER entered by Judge Juan R. Torruella: |
| file a | motion for an extension of time to May 20, 2006 to |
| en | petition for rehearing and/or petition for rehearing |
| | banc is allowed. (laur) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| | | |
| | | |
| 05/30/2006 15:04:42 | | |
| **PACER Login:** | lp0425 | **Client Code:** | |
| **Description:** | dkt summary | **Case Number:** | 05-1121 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |