IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
   **Plaintiff**

   v.

**JOSE RAMON HERNANDEZ-RODRIGUEZ**
   **Defendant**

Criminal No. 97-228 (ADC)

### ORDER

This case is set for a Status/Scheduling Conference on July 18, 2006 at 4:00 p.m.

**SO ORDERED.**

At San Juan, Puerto Rico, this 13th day of July, 2006.

S/**AIDA M. DELGADO-COLON**
**United States District Judge**