IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
   **Plaintiff**

   **v.**　　　　　　　　　　　　　　　　　　**Criminal No. 97-228 (ADC)**

**JOSE RAMON HERNANDEZ-RODRIGUEZ**
   **Defendant**

## ORDER

The Bureau of Prisons is ordered to transfer to the District of Puerto Rico, defendant José Ramón Hernández-Rodríguez, Register No. 16088-069. The most recent information received from the U.S. Marshals Service is that is being housed at Coleman's Federal Institution.

At the conference held on July 18, 2006, the government reported it is pondering whether to seek clarification from the Appeals Court as to whether the case has been remanded for new trial or for a further evidentiary hearing on defendant's request for new trial. If for a hearing on defendant's request for new trial, the undersigned District Judge, will immediately disqualify herself from further participation in the case.[1] Counsel for the government asked for additional time in which to seek said clarification.

**A Status Conference is set for August 24, 2006 at 11:30 a.m.**

---

[1] Upon being randomly assigned to a new District Judge, the case was assigned to the undersigned's trial docket. (**Docket No. 247**). Nonetheless, the record reflects the undersigned on June 29, 2004 had issued a Report and Recommendation on defendant's motion for new trial. (**Docket No. 226**).

Prior to the conference, the parties are to review the Pre-Sentence Investigation Report prepared as to José Ramón Hernández-Rodríguez. The U. S. Probation Office is authorized to make said disclosure.

Copy of this order is to be served upon the U. S. Probation Office as well.

**SO ORDERED.**

At San Juan, Puerto Rico, this 20th day of July, 2006.

S/**AIDA M. DELGADO-COLON**
**United States District Judge**