# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA )
)
)
)
Plaintiff [s], )   **Case No.:**<u>97-228 JAF</u>
)
V )
)
JOSE RAMON HERNANDEZ-RODRIGUEZ )
)
Defendant [s], )
)
)
_____/

## MOTION TO CONTINUE STATUS CONFERENCE

**COMES NOW** the above named defendant –through the undersigned counsel- and moves this Honorable Court pursuant to <u>Local Rule</u> 7,1 to continue the status conference scheduled for September 6th 2006 at 1:30PM. In support the appearing party respectfully states and prays as follows:

1. The court has set forth a status conference for September 6th 2006 at 1:30PM. See docket # 256 to wit:

| 08/29/2006 | 256 | ORDER as to Jose Ramon Hernandez. **Status Conference set for 9/6/2006 01:30 PM before Chief Judge Jose A Fuste.** (be, ) (Entered: 08/29/2006) |

2. The appearing counsel has a conflict with previous scheduled criminal case 06-CR-193 where the court has ordered depositions of two material witnesses. See docket # 52 to wit:

| 08/25/2006 | 52 | NOTICE *of Deposition* by USA (Hernandez-Vega, Jenifer) (Entered: 08/25/2006) |
|---|---|---|

3. The two depositions of the material witnesses appear to take better part of 5 hours given that there are 4 lawyer that are supposed to asked questions on cross examination.

WHEREFORE, the appearing defendant respectfully prays to this Honorable Court to grant the continuance to another date and time convenient to the Court.

Respectfully submitted,

*S./Lorenzo J. Palomares Starbuck*
Lorenzo J. Palomares-Starbuck, Esq
USDC#218107
Lorenzo Palomares,P.S.C.
Attorneys & Counselors at Law
500 Muñoz Rivera Ave, Centro 2, Suite 1402
San Juan, P.R.00918
Tel (787)753-7441
Fax (787)758-3331

**CERTIFICATE OF SERVICE**

I certify that on this day August 30, 2006 the undersigned filed this notice of appearance with the Court's CF/ECM electronic filing system that will send to all counsels of record.

*S./Lorenzo J. Palomares, Esq*