# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**[1] HECTOR VARGAS**<br>**[2] RUBEN CRUZ**<br>Defendants. | **CRIM. NO. 06-193(JAG)** |
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**[1] HILDA FRIAS-TEJEDA**<br>**[2] YANAIRA SEVERINO-CANDELARIO**<br>Defendants. | **CRIM. NO. 06-208(M)** |

## AMENDED NOTICE OF DEPOSITION

Please take notice that pursuant to Rule 15 of the Federal Rules of Criminal Procedure, plaintiff will take the testimony upon oral examination of Hilda Frías-Tejeda and Yanaira Severino-Candelario, Case No. 06-208(M), Material Witnesses on Crim. No. 06-193(JAG), US v. Héctor Vargas, et al.

The deposition will be taken on Wednesday, September 6, 2006 at 10:30 am, at the United States Attorney's Office, Torre Chardon Bldg., 350 Carlos Chardon Bldg., Hato Rey, Puerto Rico, 12th Floor, Conference Room.

WHEREFORE, it is respectfully requested from this Honorable Court to take notice of the above.

**Amended Notice of Deposition**
US v. Héctor Vargas et al.
US v. Hilda Frías-Tejeda et al.
Crim. No. 06-193(JAG) and 06-208(M)
Page 2

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 25th day of August 2006.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

s/Jenifer Y. Hernandez
Assistant U.S. Attorney
Torre Chardón, Room 1201
350 Carlos Chardón Avenue
San Juan, PR 00918
Tel. (787) 766-5656
e-mail: jenifer.hernandez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Rafael Andrade-Ravelo, Esq., Lorenzo Palomares-Starbuck, Esq., Raúl Mariani-Franco, Esq., and Juan Alvarez-Cobian, Esq.

At San Juan, Puerto Rico, this 25th day of August 2006.

s/Jenifer Y. Hernandez
Assistant U.S. Attorney
Torre Chardón, Room 1201
350 Carlos Chardón Avenue
San Juan, PR 00918
Tel. (787) 766-5656