# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA          )
                                  )
                                  )
           Plaintiff [s],         )        **Case No.:**97-228 JAF
                                  )
              V                   )
                                  )
JOSE RAMON HERNANDEZ-RODRIGUEZ )
                                  )
           Defendant [s],         )
                                  )
                                  )
_____/

## **INFORMATIVE MOTION**

**COMES NOW** the above named defendant –through the undersigned counsel- and moves this Honorable Court pursuant to Local Rule 7, 1 to inform the court on the status of the settlement. In support the appearing party respectfully states and prays as follows:

1. The court has issue a mandate to inform the court on settlement issues.

2. The appearing counsel has not been able to communicate with the defendant who is housed at FCI Coleman, in Florida.

3. The Honorable District Judge Aida Delgado Colon had issue an order for the U.S. Marshalls to bring the defendant to the District of Puerto Rico. However, such order is not a matter of docket record, and the appearing party is unable to inform the court on any further efforts to bring the defendant back to Puerto Rico.

4. The appearing defendant respectfully prays to this Honorable Court to issue an order to bring the defendant to the District of Puerto Rico.

5. Until the appearing counsel can confer with the defendant, the appearing counsel can not entertaining meaningful discussions regarding plea offers in the instant case.

**WHEREFORE** the appearing party respectfully prays to this Honorable Court to take notice of the aforesaid.

Respectfully submitted,

*S./Lorenzo J. Palomares Starbuck*
Lorenzo J. Palomares-Starbuck, Esq
USDC#218107
Lorenzo Palomares,P.S.C.
Attorneys & Counselors at Law
500 Muñoz Rivera Ave, Centro 2, Suite 1402
San Juan, P.R.00918
Tel (787)753-7441
Fax (787)758-3331

## CERTIFICATE OF SERVICE

I certify that on this day the undersigned filed this notice of appearance with the Court's CF/ECM electronic filing system that will send to all counsels of record.

*S./Lorenzo J. Palomares, Esq.*
