# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| VS. | **CASE #: 97-CR-228 (PG)** |
| JOSE RAMON HERNANDEZ | |
| Defendant, | |

## MOTION FOR CONTINUANCE OF SENTENCING HEARTING

**COMES NOW**, Defendant, Jose R. Hernandez by and through the undersigned counsel moves this Honorable Court, pursuant to Local Rule 7.1; for a continuance of the sentencing hearing scheduled for December 27th 2006. In support the defendant states and prays as follows:

1. The Court has scheduled a sentencing hearing for December 27th 2006. See docket# 268.
2. The appearing counsel will be outside of Puerto Rico on prepaid family affair and would not be available.

1

3. The appearing counsel and defendant respectfully prays for a continuance after January 6th 2006.

4. The instant case is a case from 1997 and there is no prejudice to the Government or the defendant given that the hearing is for a re-sentence.

**WHEREFORE** the appearing defendant and counsel respectfully prays for this Honorable Court to grant a continuance of the sentencing hearing.

Respectfully submitted,

*Lorenzo J. Palomares-Starbuck*
Lorenzo J. Palomares-Starbuck , Esq.
USDC-PR #218107
Lorenzo Palomares, P.S.C.
Attorneys & Counselors at Law
500 Muñoz Rivera, Centro II, Suite 1402
San Juan, P.R. 00918
Tel. (787) 753-7441
Fax (787) 565-0650

## CERTIFICATE OF SERVICE

I certify that on this day I filed a copy of the instant pleading with the CM/ECF electronic filing system which will send a copy of this pleading to all counsels of record.

*Lorenzo J. Palomares-Starbuck*
Lorenzo J. Palomares-Starbuck, Esq.