# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA )
)
)
)
      Plaintiff, ) **CASE NO.: 97-cr-228 JAF**
)
VS. )
)
JOSE RAMON HERNANDEZ. )
)
      Defendant[s], )
)
)
) /

## DEFENDANTS RESPONSE IN OPPOSITION TO MOTION TO CONVERT RE-SENTENCE TO A STATUS CONFERENCE

**COMES NOW,** the above named defendant –through counsel-and file the instant opposition pursuant to Local Rule 7.1 to the Governments motion to convert re-sentence to a status conference. In support the defendant states and prays as follows:

1. The court has indicated a judicial desire to resentence the defendant as a remedy to the issues before the court.
2. The Government advanced their argument that they believed a sentence of 180 months is appropriate and did in fact submit the matter to the defendant.
3. The defendant filed a sentencing memorandum under which it stated that he would agree to a sentence that is sufficient and not greater than necessary under the modern view after *Booker/Fanfan.* The defendant further argued that he would be satisfied for a sentence of 144 months, but that he would be content and accept any sentence the court deemed fair and just.

1

4. The governments attempt to delay the sentence unless an agreement may be had with respect to the Government's version of a sentence, is violative of the defendants rights to due process of law and a speediest resolution of the issues before the court.

5. In the instant case each party has argued their respective views regarding a resentence, which each party stipulated that the court can do and has absolute power to correct a sentence, or take any measures that would advance the interest of judicial economy.

6. *The defendant has not offered or suggested anything that can lead the government into suggesting that somehow that time served is the sentence that the defendant seeks. After all, Judge Aida Delgado-Colon concluded and the First Circuit supported the new evidence as *"sufficient to cause reasonable doubt to the extent that a jury could decide to acquit"*. Rather, the defendant understands and respects the inherent powers and discretion of this Honorable Court and agrees to abide by its ruling, whatever that might be.*

**WHEREFORE** the appearing defendant respectfully prays to this Honorable Court to deny the Governments motion to convert the re-sentence hearing to a status conference.

Respectfully submitted,

*S./Lorenzo J. Palomares-Starbuck*
USDC #218107
Lorenzo Palomares,P.S.C.
Attorneys & Counselors at Law
500 Munoz Rivera Suite 1402
San Juan, P.R.00919-0615
Tel; (787)753-7441
Fax; (787)758-3331

**CERTIFICATE OF SERVICE**

I certify that on This Day the instant pleading was filed using the court CM/ECF electronic filing system that will send a cop of the pleading to all counsels of record.

*S./Lorenzo J. Palomares-Starbuck*

2