# Certificate of Achievement

## This certifies that

### JOSE HERNANDEZ

## has satisfactorily completed

NARCOTICS ANONYMOUS

## Consisting of ___12___ Hours of Training

This certificate is hereby issued this ___20___ day of ___APRIL___, 19 2000



_____
INSTRUCTOR, E. COLLINS



# Certificate of Achievement

awarded to:

## Jose Hernandez

FOR THE SUCCESSFUL COMPLETION OF THE

**BEGINNING PERCUSSION**

*THROUGH THE LEISURE PROGRAM*

This 29th day of October, 1999

Signed by Gio Ramirez
Supervisor of Recreation

# Certificate of Completion

Let it be known that

## Jose Hernandez-Rodriguez

has satisfactorily completed
the Relaxation Group
at F.C.C. Coleman, Florida.

Brian Boyd, Ph.D.

June 26, 2000

# Life Management Skills Certificate



This certificate is presented to

## Jose Hernandez-Rodriguez

for outstanding participation in
Developing Life Management Skills group.

September 28, 2000

Donald F. Bauknecht, Associate Warden
(Programs)

Mary Sweeney, Chief Psychologist, Ph.D

Felix Quiñones, Correctional Counselor

Official Federal Bureau of Prisons Group

# Certificate of Achievement

awarded to:

## Jose Hernandez

FOR THE SUCCESSFUL COMPLETION OF THE

### BEGINNING FITNESS ENDURANCE CLASS

THROUGH THE WELLNESS PROGRAM

This 31st day of July 2000



Signed by Gio Ramirez
Supervisor of Recreation



*Federal Bureau of Prisons*

*FCC Coleman*

*Certificate of Completion*

This is to certify that

**JOSE HERNANDEZ**

has successfully participated in

**NON-RESIDENTIAL DRUG ABUSE TREATMENT**

*'Life Without a Crutch'*

Consisting of 12 hours of group sessions

This certificate is hereby issued this 24th day of May 2001.

L. Madtra, M.A.
Drug Treatment Specialist

FCC COLEMAN MEDIUM PSYCHOLOGY SERVICES
DAP

EXCELLENCE

# Certificate of Achievement

## PRESENTED TO

## Jose Hernandez

FOR SUCCESSFULLY COMPLETING THE
POOL TABLE MAINTENANCE CLASS

through

FCC COLEMAN MEDIUM RECREATION



Gio Ramirez, Supervisor of Recreation

On this First Day of April, 2001

# Certificate of Achievement

awarded to:

## Jose Hernandez-Rodriguez

FOR THE SUCCESSFUL COMPLETION OF THE
**INTERMEDIATE PERCUSSION**
THROUGH THE LEISURE PROGRAM

This 21st day of April, 2000

Signed by Gio Ramirez
Supervisor of Recreation

# CERTIFICATE OF COMPLETION

## For

## Introduction to Accounting—ACE

This certificate is awarded to

Jose Hernandez



K. Holloway, ACE Coordinator

July 11, 2001



CERTIFICATE OF COMPLETION

Presented To

*Jose R. Hernandez*

For finding the dedication and strength to begin a new life free from the chains of addiction and alcoholism.

*March 14, 2000*
_____
Date

_____
Counselor



*Certificate of Completion*

**This is to Certify that**

**JOSE HERNANDEZ**

*Reg. No. 16088-069*

*has successfully completed the*

FATHERS BEHIND BARS COUNSELING GROUP
AT FCC COLEMAN, MEDIUM, PARTICIPATING FROM
MARCH 2000 THROUGH OCTOBER 2000

Jarvis C. Lovett, counselor
**Jarvis Lovett, Correctional Counselor**

F. A. Foster
**F. A. Foster, Unit Manager**

# Certificate of Completion

is hereby awarded to

## Jose Hernandez-Rodriguez

in recognition for successfully completing
an Adult Continuing Education course in

### Commercial Driver's License

given this 29th day of January 2002 in Sumter County, Florida.

_R. Mullis_
R. Mullis, ACE Coordinator

# Certificate of Achievement

## PRESENTED TO

## Jose Hernandez

FOR SUCCESSFULLY COMPLETING THE
BEGINNING SPANISH GUITAR CLASS

through

FCC COLEMAN MEDIUM RECREATION



Gio Ramirez, Supervisor of Recreation
On this Seventeenth Day of May, 2001

# CERTIFICATE OF COMPLETION

For

## Accounting and Bookkeeping—ACE

This certificate is awarded to

### Jose Hernandez

_K. Holloway_

K. Holloway, ACE Coordinator

July 11, 2001

# Certificate of Completion

## 36 hours of English as a Second Language (ACE)

for

This certificate is awarded to

Jose Hernandez

This Second Day of March, Two Thousand One

S. Normandeau, Supervisor of Education

K. Holloway, ACE Coordinator



# Certificate Of Achievement

Awarded to:

## Jose Hernandez

For The Successful Completion Of The Pool
Table Maintenance Class Offered Through The
Medium Recreation Department

Gio Ramirez, Supervisor of Recreation
On This Eighth Day Of February, 2002

# CERTIFICATE
## of
## AWARD

May it be known that this certificate has been presented to

# JOSE R. HERNANDEZ

for Participating in
the "Employability Skills Seminar" and "Mock Job Fair"
presented by the
Federal Bureau of Prisons, Inmate Placement Branch, Washington, D.C.
and
the Federal Correctional Complex, Coleman, Florida

August 23, 2000

Ms. Sirbrenra A. Martin
Mock Job Fair Coordinator
FCC-Coleman, Florida

Mrs. Deborah Westley
Supervisor of Education
FCC-Coleman, Florida

# CERTIFICATE OF ACHIEVEMENT

## EDUCATION DEPARTMENT

In Honor of your Outstanding Achievement
We Hereby present

### José Hernández

With this Certificate of Completion
On September 12, 2003

**Adult Continuing Education
Basic Arithmetic**

David Ortiz
Supervisor of Education

R. Layer
Teacher

EDUCATION

# CERTIFICATE OF MERIT

This hereby states that

**JOSE HERNANDEZ**

has successfully completed the health course

## "MEN'S HEALTH CLASS"

given at MDC's Recreation Department

ON OCTOBER 30, 2004

Guaynabo, Puerto Rico

David Ortiz
Supervisor of Education

Jennifer Schlessinger
Health Class Instructor

Victor Cotto
Recreation Specialist


AC 301

# Certificate of Achievement

## Psychology Services

In honor of your outstanding excellence
we hereby present

## JOSE R. HERNANDEZ

with this certificate of achievement

40 HOURS
DRUG ABUSE EDUCATION COURSE

On This ___9th___ Day Of ___April___ 19 _98_

JUAN A. QUINTERO- M.A, M.P.C.
DRUG ABUSE TREATMENT SPECIALIST

# CERTIFICATE OF MERIT

## This hereby states that

### JOSE HERNANDEZ

has successfully completed the structured exercise program

## "WALKING FOR FITNESS"

given at MDC's Recreation Department

Guaynabo, Puerto Rico

**JULY 31, 2004**

David Ortiz
Supervisor of Education

Victor Colon
Recreation Specialist

Recreation Specialist

# CERTIFICATE OF PARTICIPATION

**This hereby states that**

## JOSE HERNANDEZ RODRIGUEZ

has attended the Structured Exercise Program
given at MDC's Recreation Department
"Table Tennis"
Guaynabo, Puerto Rico on

**September 30, 2003**

David Ortiz
Supervisor of Education

Victor Colón
Recreation Specialist

David J. Gutiérrez
Recreation Specialist



# *Certificate of Achievement*

awarded to:

# Hernández Rodríguez, José R.

"Communications Skills"
10/23/03
*"Perfect Attendance"*

"Psychology Services"
Guaynabo, Puerto Rico

_____
Dr. Vasco Daubón
**Chief Psychology**
**Metropolitan Detention Center**

_____
*Iris Ramos*
*Intern in Psychology*
*Metropolitan Detention Center*

*Is Hereby Awarded To*

# STUDENT OF THE MONTH

## *Hernandez, Jose*

### *For His Outstanding Performance*

# *SPANISH  GED*

Sonia N. Betancourt

INSTRUCTOR

January, 2002.

DATE

# CERTIFICATE OF MERIT

This, hereby states that

## JOSE HERNANDEZ

has successfully completed the Structured course

"Fit to Win"

ON AUGUST 29, 2003

given at MDC's Recreation Department
Guaynabo, Puerto Rico



Juan J. Gutiérrez
Recreation Specialist

Victor Colón
Recreation Specialist

David Ortiz
Supervisor of Education

# CERTIFICATE OF MERIT

This hereby states that

## JOSE HERNANDEZ

has successfully completed the art course

## "ADVANCED CARD-MAKING"

ON JUNE 15, 1999

given at MDC's Recreation Department

Guaynabo, Puerto Rico

Juan J. Gutiérrez
Recreation Specialist

Víctor Cerón
Recreation Specialist

David Ortiz
Supervisor of Education

Ruth Rosado Febus
Arts & Craft Instructor

# Life Management Skills Certificate

This certificate is presented to

## Jose Hernandez-Rodriguez

for outstanding participation in
Developing Life Management Skills group.

September 28, 2000

_Mary Sweeney, Ph.D_
Mary Sweeney, Chief Psychologist

_Felix Quiñones_
Felix Quiñones, Correctional Counselor

_Donald F. Bauknecht_
Donald F. Bauknecht, Associate Warden
(Programs)

# CERTIFICATE OF MERIT

This hereby states that

## JOSE HERNANDEZ

has succesfully completed the art course

## "CARD-MAKING"

on October 12, 1998

given at MDC's Recreation Department
Guaynabo, Puerto Rico.

David Ortiz
Education Supervisor

Victor Colón,
Recreation Specialist

Ruth Rosado Febus
Art Instructor

Juan J. Gutiérrez
Recreation Specialist

# CERTIFICATE OF MERIT

This hereby states that

**JOSE HERNANDEZ**

Has completed the Structured Music Program
"Basic Guitar Course"
on May 9, 2003
given at MDC's Recreation Department
**Guaynabo, Puerto Rico**

Carlos Lago
Music Instructor

David Ortiz
Supervisor of Education

Juan Gutiérrez
Recreation Specialist

Víctor Colón
Recreation Specialist



Asistencia Perfecta

este certificado se otorga a

José Hernadez- Rodriguez

por su asistencia perfecta el mes de Mayo 2006 en

Spanish GED

Dado hoy dia 12 de Junio del 2006

D. Smith, Teacher



Asistencia Perfecta

este certificado se otorga a

José Hernández-Rodríguez

por su asistencia perfecta el mes de Abril 2006 en

Spanish GED

Dado hoy día 15 de Mayo del 2006

D. Smith, Teacher

# Certificado

**PRESENTADO A**

*José Hernández*

Por haber completado satisfactoriamente
el curso de
Familias Creando un
Círculo de Paz

Religious Services Department
Metropolitan Detention Center
Guaynabo, Puerto Rico

29 de noviembre de 2005

Rev. Hector S. Reyes

# PROMESA PERSONAL PARA ELIMINAR LA VIOLENCIA Y TRAER PAZ

Para disminuir la violencia y sembrar la paz, yo *José R. Hernández* me comprometo a:

Comunicarme honestamente y a escuchar con cuidado,
Respetar a los demás y a la naturaleza,
Perdonar a los demás y enmendar mis ofensas,
Jugar sin violencia y actuar con valentía,
Confrontar la violencia siempre que pueda.
Lo hare delante de Dios pidiendo su ayuda.



Progama Alternativa a la Violencia

# Certificado

de Asistencia a

*José Hernandez*

quien ha cumplido satisfactoriamente el
Nivel Básico

22 de septiembre 2002

*Confirmation Certificate*

*According to the Rite of the Roman Catholic Church*

**JOSE R. HERNANDEZ**

*was sealed with the Gift of the Holy Spirit*

*on the* **29 TH** *day of* **MARCH**, **2002**

*at* **COLEMAN CHAPEL** **COLEMAN, FLORIDA**

*Church* *City, State*

**RECORDED AT ST. LAWRENCE CHURCH** **BUSHNELL, FLORIDA**

*by* **FATHER TOM HEREFORD**

*Come, Holy Spirit, fill the Hearts of your faithful; and*

*kindle in them the fire of your love*






First Communion Certificate

According to the Rite of the Roman Catholic Church

JOSE R. HERNANDEZ

received

the Holy Eucharist

for the first time

on the ___ 29 TH ___ day of ___ MARCH ___, 2002

at ___ COLEMAN CHAPEL ___ COLEMAN, FLORIDA
        Church                    City, State

RECORDED AT ST. LAWRENCE CHURCH BUSHNELL, FLORIDA

_____
      Pastor

I am the bread of life;
whoever eats this bread will live forever.

John 6:35-58

# CERTIFICATE
## of
## AWARD

### May it be known that this certificate has been presented to

# JOSE R. HERNANDEZ

for Participating in

the "Employability Skills Seminar" and "Mock Job Fair"
presented by the

Federal Bureau of Prisons, Inmate Placement Branch, Washington, D.C.
and

the Federal Correctional Complex, Coleman, Florida

August 23, 2000

Ms. Sirbrenna A. Martin
Mock Job Fair Coordinator
FCC-Coleman, Florida

Mrs. Deborah Westley
Supervisor of Education
FCC-Coleman, Florida

# CERTIFICATE OF MERIT

Presented To

Hernández José

In recognition for an outstanding work performance in Unit 2C

**"The Highest Sanitation Level."**

Given at M.D.C. Guaynabo, P.R.

on November 10, 1998

_____
Walter Barnes
A.W. Programs

_____
Haydee Batista
Case Manager

_____
Alfredo Murphy
Unit Manager

_____
Marcel Ramos
Unit Counselor

| TO:(Name and Title of Staff Member) Ms. Veltri (Psychologist) | DATE: 11-17-2007 |
|---|---|
| FROM: Hernadez-Rodriguez, Jose | REGISTER NO.: 16088-069 |
| WORK ASSIGNMENT: Paint Department | UNIT: UNit 2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I have recently been informed by Mr. Galan that I am not eligible for early release pursuant to 18 USC §3621. He explained to me that it was due to a prior conviction that happened over 25 years ago, that I received only probation for. I am not satisfied with this reasoning, and would like for you (Ms. Veltri), to explain the reason why I'm not eligible for the year to me in writing. It is my understanding that; "inmates who have prior felony or misdemeanor convictions for homicide, forcible rape, robbery, aggravated assault, or child sexual abuse offenses" are the only ones not eligible for the year off, and my prior conviction does not fall under any of these categories. WHEREFORE, I respectfully request that you explain to me writing as to the reason why I am not eligible for the one year off pursuant to 18 USC §3621.

(Do not write below this line)

DISPOSITION:

Mr. Galan is correct. Your conviction for "Attempted Murder" does disqualify you from a sentence reduction. The wording of Policy may not specify your conviction, but your conviction is clearly violent. If you feel this determination is in error, you may file an administrative remedy.

| Signature Staff Member D Nesbit-Veleri PhD | Date 11-20-07 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94


Printed on Recycled Paper