**CERTIFIED MAIL**

7099 3400 0016 8617 1060

From: Jose Hernandez Rodriguez #16088-069
Federal Correctional Institution La Tuna
Post Office Box 3000
Anthony, New Mexico 88021

To: Clerk of the Court
United States District Court
for the District of Puerto Rico
CH-142 Federal Bldg.
150 Carlos Chardon Avenue
Hato Rey PR 00918-1757